IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

FILED

2009 APR 16   PM 12: 32

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____\(w)

| | | |
|---|---|---|
| PATRICIA PACE, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-07-CA-552-LY |
| | § | |
| MARBRIDGE FOUNDATION AND | § | |
| ROBERT W. FULLBRIGHT, | § | |
| | § | |
| DEFENDANTS. | § | |
| | § | |

## FINAL JUDGMENT

Before the Court is the above-entitled and numbered cause. On June 23, 2008, the Court ordered that the parties show cause in writing on or before July 3, 2008, why this cause should not be dismissed for want of prosecution (Clerk's Document 12). On July 2, 2008, the parties filed a Joint Status Report informing the Court that they had chosen to arbitrate this cause before Arbitrator Patrick Keel on December 2, 2008 (Clerk's Document 13). On January 20, 2009, the Court ordered the parties to file a status report on or before February 2, 2009, informing the Court of the result of their December 2, 2008 arbitration (Clerk's Document 19). The parties failed to comply with the Court's order and filed no report.

**IT IS THEREFORE ORDERED** that this cause is **DISMISSED FOR WANT OF PROSECUTION.**

**IT IS FURTHER ORDERED** that all relief not expressly granted is **DENIED.**

**IT IS FINALLY ORDERED** that this cause is **CLOSED.**

SIGNED this _____ day of April, 2009.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE